PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
AUG 11 2011
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## United States District Court
for the
**DISTRICT OF MINNESOTA**

United States v. Damien Stephen Donahue

Docket No. 0:02CR00394-001(DSD)

**Petition on Supervised Release**

COMES NOW **MICHAEL F. ALBERTS**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Damien Stephen Donahue** who was sentenced for Conspiracy to Possess With Intent to Distribute Methamphetamine on May 30, 2003, by the Honorable David S. Doty, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Mental health treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On August 3, 2011, Mr. Donahue provided a urinalysis which tested positive for cocaine. Mr. Donahue admitted to use of cocaine on July 30, 2011.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include Global Positioning System technology. The defendant shall not be responsible for the costs.

SCANNED
AUG 1 1 2011
U.S. DISTRICT COURT MPLS

Petition on Supervised Release  RE: **Damien Stephen Donahue**
Page 2  Docket No. 0:02CR00394-001(DSD)

ORDER OF THE COURT

Considered and ordered this _11th_ day of _August_, 2011, and ordered filed and made a part of the records in the above case.

_____
Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Michael F. Alberts
U.S. Probation Officer
Telephone: 612-664-5364

Executed on     August 9, 2011
Place           Minneapolis

Approved:

_____
Douglas S. Stevens
Supervising U.S. Probation Officer

c: United States Sentencing Commission