PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

## United States District Court
### for the
### DISTRICT OF MINNESOTA

United States v. Damien Stephen Donahue

Docket No. 0:02CR00394-001(DSD)

### Petition on Supervised Release

RECEIVED
SEP 10 2012
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

COMES NOW **MICHAEL F. ALBERTS**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Damien Stephen Donahue** who was sentenced for Conspiracy to Possess With Intent to Distribute Methamphetamine on May 30, 2003, by the Honorable David S. Doty, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Mental health treatment
- 60 days home detention with Global Positioning System technology (modified August 11, 2012)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On August 25, 2012, Mr. Donahue received a citation for Driving After Suspension. This is the second citation for driving without a valid driver's license in the past 6 months. Mr. Donahue admitted that he drove a motor vehicle knowing that his license had been suspended.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

SEP 10 2012

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 10rd day of Sept. , 2011, and ordered filed and made a part of the records in the above case. | *[signature]* <br> Michael F. Alberts <br> U.S. Probation Officer <br> Telephone: 651-848-1254 <br> Executed on   September 6, 2012 <br> Place    St. Paul |
| *[signature]* <br> Honorable David S. Doty <br> Senior U.S. District Judge | Approved: <br> *[signature]* <br> John G. Baskfield <br> Supervising U.S. Probation Officer |

c: United States Sentencing Commission